_____

No. 95-4103
_____

In re: T.G. Morgan, Inc.,                *
                                         *
          Debtor,                        *
                                         *
----------------                         *
                                         *
John R. Stoebner, Trustee of             *
the Bankruptcy Estate of T.G.            *
Morgan, Inc.,                            *
                                         *
          Appellee,                      *
                                         *
     v.                                  *     Appeal from the United States
                                         *     District Court for the
Michael W. Blodgett,                     *     District of Minnesota.
individually and as Trustee or           *
Administrator of T.G. Morgan,            *
                                         *     [UNPUBLISHED]
          Appellant,                     *
                                         *
T.G. Morgan, Inc. Defined                *
Benefit Pension Plan; Norwest            *
Bank, Minnesota, N.A.,                   *
                                         *
          Defendants.                    *

_____

          Submitted:  September 26, 1996

             Filed:  October 4, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

     Michael W. Blodgett, individually and on behalf of the T.G. Morgan,
Inc. Defined Benefit Pension Plan (the "Plan"), appeals

from the district court's[1] order affirming the bankruptcy court's[2] order voiding certain transfers made from T.G. Morgan, Inc. (TGM) to the Plan. Having thoroughly reviewed the record and the parties' submissions, we conclude the judgment of the district court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

   A true copy.

      Attest:

         CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

[2]The Honorable Robert J. Kressel, United States Bankruptcy Judge for the District of Minnesota.